## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Fredy Rolando Jimenez Guartan,**<br>**Petitioner,**<br><br>**v.**<br><br>**John Rife, Jamal L. Jamison, Todd M.**<br>**Lyons, Markwayne Mullin, and Todd**<br>**Blanche,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br>**NO.  26-4041** |

## O R D E R

AND NOW, this 16th day of June, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that:

1.  Petitioner shall make immediate and proper service of the Petition (ECF No. 1) and this

    Order on Respondents.

2.  Respondents shall not transfer Petitioner without further order of the Court.

3.  Respondents **SHALL RESPOND** to the Petition on or before **Thursday, June 18,**

    **2026**.


BY THE COURT:


S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**