**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Fredy Rolando Jimenez Guartan,**<br>                **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **John Rife, Jamal L. Jamison, Todd M.<br>Lyons, Markwayne Mullin, and Todd<br>Blanche,**<br>                **Respondents.** | **NO.  26-4041** |

## O R D E R

**AND NOW**, this 18th day of June, 2026, in light of the Government's Notice of

Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**